Joseph A. Boyle, Esq.
Jacob J. Miles, Esq.
Paul L. Kattas, Esq.
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, N.J. 07054

ORIGINAL

FILED
JUL 19 2006
U.S. COURT OF FEDERAL CLAIMS

Attorneys for Plaintiff
E.I. DuPont de Nemours & Co.

**IN THE UNITED STATES COURT**

**OF FEDERAL CLAIMS**

| | |
|---|---|
| E.I. DuPont de Nemours & Co.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 06-530 T<br>**Case Number** ________ |

PLAINTIFF E.I. DuPONT de NEMOURS & CO.

RULE 7.1 STATEMENT

Pursuant to RCFC 7.1, Plaintiff E.I. DuPont de Nemours & Co. hereby certifies that no publicly held corporation owns more than ten percent of its stock.

Dated: July 17, 2006

KELLEY DRYE & WARREN LLP

By: ______________________
Paul L. Kattas, Esq.
Joseph A. Boyle, Esq.
Jacob J. Miles, Esq.

Attorneys for Plaintiff
E.I. DuPont de Nemours & Co.

NY01/TORMC/1122791.1