# In the United States Court of Federal Claims

No. 06-530T
(Filed: December 8, 2006)

********************************
E.I. DuPONT de NEMOURS & Co.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*,
********************************

ORDER

A telephonic status conference to discuss the parties' Joint Preliminary Status Report will be held Thursday, December 14, 2006, at 2:00 p.m. The call will be placed from chambers and will not be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge