No. 06-530 T
Honorable Senior Judge Eric G. Bruggink

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

E.I. DU PONT DE NEMOURS AND COMPANY,
Plaintiff,

v.

THE UNITED STATES

Defendant.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to RCFC 41(a), it is hereby stipulated and agreed by and between the under-signed attorneys for the respective parties hereto that the above-captioned action be dismissed without prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Dated: December 13, 2006

KELLEY DRYE & WARREN LLP

*/s/ Joseph A. Boyle*
Joseph A. Boyle, Esq.
Attorney of Record
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7800

Attorneys for Plaintiff

THE UNITED STATES

*/s/Jacob Christensen* [with consent]
Jacob E. Christensen, Esq.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0878
(202) 514-9440
Email: jacob.e.christensen@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewing Attorney
s/G. Robson Stewart [with consent]

Attorneys for Defendant